**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re:<br><br>Tracey Ann Linke,<br><br>　　　　　Debtor. | Case No. 09-04417-hb<br>Chapter 7 |

**MOTION OF UNITED STATES TRUSTEE TO CONDUCT FED. R. BANKR. P. 2004**
**EXAMINATION OF THE DEBTOR TRACEY ANN LINKE**

　　　The United States Trustee (the UST) moves the court for an order requiring the debtor, Tracey Ann Linke, to appear and be examined pursuant to Fed. R. Bankr. P. 2004.  The UST files this motion pursuant to the authority granted to him by 28 U.S.C. § 586 and 11 U.S.C. § 307.  This matter constitutes a core proceeding.  28 U.S.C. § 157(b)(2)(A).

　　　The UST asks the court to require Tracey Ann Linke to submit to an examination by the UST, through counsel, on Friday October 2, 2009, at 10:00 a.m. at the offices of the United States Trustee, 1835 Assembly Street, Suite 953, Columbia, South Carolina, (803) 765-5250.  The examination will relate to the acts, conduct, or property or to the liabilities and financial condition of the debtor.  The UST asks that the examination be recorded by sound or by stenographic means.

　　　　　　　　　　　　　　　　　　W. CLARKSON MCDOW, JR.
　　　　　　　　　　　　　　　　　　United States Trustee, Region 4


　　　　　　　　　　　　　　By:　　/s/ Joseph F. Buzhardt, III
　　　　　　　　　　　　　　　　　Joseph F. Buzhardt, III
　　　　　　　　　　　　　　　　　Assistant United States Trustee
　　　　　　　　　　　　　　　　　1835 Assembly Street, Ste. 953
　　　　　　　　　　　　　　　　　Columbia, South Carolina   29201
　　　　　　　　　　　　　　　　　(803) 765-5250
Date: September 10, 2009

CERTIFICATE OF SERVICE
Case No: 09-04417-hb

I, the undersigned, do hereby certify that on the 10th day of September, 2009, I served the below-named parties with copies of the following documents:

**MOTION OF UNITED STATES TRUSTEE TO CONDUCT FED. R. BANKR. P. 2004 EXAMINATION OF THE DEBTOR TRACEY ANN LINKE**

**and**

**PROPOSED ORDER FOR FED. R. BANKR. P. 2004 EXAMINATION OF THE DEBTOR TRACEY ANN LINKE**

by mailing said copies to them by first-class, United States mail, postage prepaid, with return address clearly shown to said parties at the addresses shown below:

Tracey Ann Linke
514 Devenger Rd.
Greer, South Carolina  29650

Dana Elizabeth Wilkinson, Esquire
365-C East Blackstock Road
Spartanburg, South Carolina  29301

or by electronic transmission through the Court's Electronic Case Filing system to the following participant:

John K. Fort, Trustee

Dana Elizabeth Wilkinson, Esquire

By: /s/ Joseph F. Buzhardt, III
Joseph F. Buzhardt, III
Assistant U. S. Trustee
1835 Assembly St., Suite 953
Columbia, South Carolina 29201
(803) 765-5220

Date: September 10, 2009