**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: 09-04417-hb

**ORDER FOR FED. R. BANKR. P. 2004 EXAMINATION OF**
**THE DEBTOR TRACEY ANN LINKE**

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

---

**FILED BY THE COURT**
**09/14/2009**



US Bankruptcy Court Judge
District of South Carolina

Entered: 09/15/2009

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re:<br><br>Tracey Ann Linke,<br><br><br><br>Debtor. | Case No. 09-04417-hb<br>Chapter 7 |

**ORDER FOR FED. R. BANKR. P. 2004 EXAMINATION OF**
**THE DEBTOR TRACEY ANN LINKE**

Upon consideration of the motion of the United States Trustee to examine the debtor, Tracey Ann Linke, pursuant to the provisions of Fed. R. Bankr. P. 2004, it is

ORDERED, that Tracey Ann Linke shall submit to an examination by the UST, through counsel, on Friday, October 2, 2009, at 10:00 a.m. at the offices of the United States Trustee, 1835 Assembly Street, Suite 953, Columbia, South Carolina, (803) 765-5250.  The examination will relate to the acts, conduct, or property or to the liabilities and financial condition of the debtor.  It is further

ORDERED, that the examination shall be recorded by sound or by stenographic means.