# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: 09-04417-hb

**CONSENT ORDER RESOLVING OBJECTION OF UNITED STATES TRUSTEE TO DEBTOR'S MOTION TO CONVERT CASE**

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby **ORDERED**.

---

**FILED BY THE COURT**
**12/29/2009**



Entered: 12/30/2009

US Bankruptcy Court Judge
District of South Carolina

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re:

Tracey Ann Linke,

Case No. 09-04417-hb
Chapter 7

Debtor.

**CONSENT ORDER RESOLVING OBJECTION OF UNITED STATES TRUSTEE
TO DEBTOR'S MOTION TO CONVERT CASE**

This proceeding comes before the Court on the motion of the debtor to convert her case to chapter 13 and the objection of the United States Trustee (UST) to the motion. The UST and the debtor have agreed to resolve the UST's objection by consent based on the following terms:

1. The debtor has filed a motion to convert her case to chapter 13. The UST withdraws his opposition to the motion to convert.

2. After conversion of this case to chapter 13, the debtor is prohibited from converting the case back to a case under chapter 7. The debtor is also prohibited from filing a new chapter 7 case in any district for a period of two years from the date of conversion of this case from chapter 7 to chapter 13.

The Court finds the agreement between the parties to be reasonable and adopts it as the order of the Court.

(Consents on following page)

WE CONSENT:

W. Clarkson McDow, Jr.,
U. S. Trustee for Region 4

By: /s/ Joseph F. Buzhardt, III
Joseph F. Buzhardt, III
Assistant U. S. Trustee
1835 Assembly St., Suite 953
Columbia, South Carolina 29201
(803)765-5220



 /s/ Däna Wilkinson
Däna Wilkinson, Esquire, DC ID # 4663
Attorney for the debtor
365-C East Blackstock Road
Spartanburg, South Carolina  29301
(864) 574-7944



 /s/ Tracey Ann Linke
Tracey Ann Linke