**Form 916BNC**  (Revised 03/04/2008)

**United States Bankruptcy Court – District of South Carolina**
J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201–2423

Case Number: 09–04417–hb                                   Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*
Tracey Ann Linke
514 Devenger Rd.
Greer, SC 29650

SSN: xxx–xx–6244

| Entered By The Court 1/20/10 | **ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENTS, PLAN AND DOCUMENTS** | **Filed By The Court** **1/20/10** Tammi M. Hellwig Clerk of Court US Bankruptcy Court |
|---|---|---|

Before the Court is the motion of the debtor(s) for an extension of time in which to file the schedules, statements, plan or other specified documents set forth in 11 U.S.C. § 521(a)(1) in the above referenced case.

**IT IS ORDERED** that the motion is granted and the debtor(s) is/are granted an extension of time until **the earlier of** –

1.   two (2) business days before the first date set for the § 341 Meeting of Creditors;

2.   two (2) business days before any hearing on a motion to extend or impose the automatic stay; **OR**

3.   1/29/2010

in which to file the schedules, statements, and documents (and in a chapter 13 case, the plan) set forth in 11 U.S.C. § 521(a)(1) as requested in the motion. Failure to file these documents by the extension deadline, as indicated by the Clerk of Court or Trustee assigned to the case, will result in the dismissal of this case.

Columbia, South Carolina
January 20, 2010                                                                                United States Bankruptcy Judge

Document 51 – 48